THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Travis Sentell Williams,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2004-UP-314
Submitted March 19, 2004  Filed May 13, 2004 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant
Legal Counsel J. Benjamin Aplin, South Carolina Department of Probation, of 
 Columbia, for Respondent.
 
 
 

PER CURIAM:  On February 28, 2000, Travis 
 Williams was sentenced to seven years with five years probation for his conviction 
 on a criminal sexual conduct charge. His probation was revoked in June 2003 
 after Williams admitted to hitting his girlfriend and failed to meet with his 
 parole agent. Williams appeals. Counsel for Williams attached to the final brief 
 a petition to be relieved as counsel. Williams did not file a separate pro 
 se response. 
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly 
 appealable issues that are arguable on their merits.  Accordingly, we dismiss 
 Williamss appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 GOOLSBY, HOWARD, and BEATTY, JJ., concur.